391 A.2d 684

Commonwealth v. Horton, Appellant.

Sub-mitted April 10, 1978.   Thomas P. Ruane, Jr., Public Defender, for appellant;   Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The claims of ineffective assistance of counsel raised on the present appeal have been waived.   *Commonwealth v. Jackson,* 239 Pa.Super. 121, 362 A.2d 324 (1976).   Therefore, the order of the lower court is affirmed.

391 A.2d 685

Commonwealth v. Howell, Appellant.

Sub-mitted March 13, 1978.   Arthur K. Dils, and Dils, Diveglia & Radcliff, for appellant;   Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.